UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES J. LEWIS,

        Petitioner,

v.

STEVE SINCLAIR,

        Respondent.

Case No. C11-671-RSM

**ORDER OF DISMISSAL**

The Court, having reviewed petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, respondent's answer, petitioner's response, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and orders as follows:

1. Petitioner's motion to amend his objections (Dkt. #35) is **GRANTED**;

2. The Report and Recommendation is **ADOPTED**;

3. Petitioner's § 2254 habeas petition is **DENIED** and this matter is **DISMISSED** with prejudice;

4. Petitioner is **DENIED** issuance of a certificate of appealability; and

5. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

//
//
//
//

ORDER OF DISMISSAL- 1

DATED this 3rd day of November 2011.

*(signature)*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL- 2